| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   A. KATHLEEN TOMLINSON            DATE:   8-6-2013
          U.S. MAGISTRATE JUDGE             TIME:   2:12 p.m. (8 minutes)

*D'Amato v. Five Star Reporting, Inc., et al.*,
**CV 12-3395 (ADS) (AKT)**

TYPE OF CONFERENCE:            **TELEPHONE STATUS CONFERENCE**

APPEARANCES:    Plaintiff      Saul Zabell

                Defendant      Jeffrey A. Meyer

FTR:   2:12-2:20


**THE FOLLOWING RULINGS WERE MADE**:

After speaking with counsel today, it is apparent to this Court that the parties will even extension to complete discovery in this action. I had advised counsel previously that if they were not able to complete discovery by the July 22, 2013 deadline, they could come back to the Court to ask for an extension based upon the circumstances that we had discussed at the May 2, 2013 Show Cause Hearing. The revised schedule is set forth below.

Counsel must notify the Court in writing on ECF no later than October 7, 2013 whether they intend to utilize any experts in this case.


**FINAL SCHEDULING ORDER**:

- Deadline to notify the Court whether any
  experts will be used in this case:                        October 7, 2013

- All fact discovery completed by:                          October 31, 2013

- Any letter request for a pre-motion conference
  to Judge Spatt for purposes of making a
  summary judgment motion must be filed by:                 December 6, 2013

- Proposed Joint Pre-Trial Order must be
  filed on ECF by:                                          January 15, 2014

- Pre-Trial Conference will be held on:                     January 24, 2014 at 11 a.m.

SO ORDERED:


/s/ A. Kathleen Tomlinson
A. KATHLEEN TOMLINSON
U.S. Magistrate Judge