UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DOROTHY D'AMATO,

                              **Plaintiff,**

– against –

FIVE STAR REPORTING, INC. and
MICHAEL RAFKIND,

                              **Defendants.**

Case No.: 12-CV-3395 (ADS)(AKT)

NOTICE OF MOTION
FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Saul D. Zabell, Esq., counsel for Plaintiff, will move this Court, before the Honorable Arthur D. Spatt, at the United States District Courthouse for the Eastern District of New York, located at 100 Federal Plaza Central Islip, New York, pursuant to the briefing schedule set on April 16, 2014, or as soon thereafter as counsel can be heard, for an Order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of Plaintiff.

Dated: Bohemia, New York
       May 6, 2014

                                                     ZABELL & ASSOCIATES, P.C

                                     By: _____
                                           Saul D. Zabell, Esq.
                                           1 Corporate Drive, Suite 103
                                           Bohemia, New York 11716
                                           Tel.: (631) 589-7242
                                           Fax: (631) 563-7475
                                           szabell@laborlawsny.com